

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Toronto Clayvernon Williams,

Vs. No. 11-19-00184-CR

The State of Texas,

\* From the 70th District Court
of Ector County,
Trial Court No. A-18-1436-CR.

\* January 16, 2020

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to change the Time Payment Fee from $25.00 to $2.50 and affirm the judgment as modified.